# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



*RULE 3011*

**FEB 14 2006**

List of Unclaimed Funds, Claimants, and Amounts

CHARLENE J. KENNEDY, CLERK
DEPUTY

**IN THE MATTER OF:**         **CHAPTER 13 CASE**
AREBRECO HARMON                  0307281
255 BIRCH ST.
WINNSBORO, SC 29180

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| AREBRECO HARMON | 255 BIRCH ST. WINNSBORO, SC 29180 | $854.89 |

DATED: 2/9/05

Respectfully submitted,

Harold J. Barkley, Jr., Trustee
P.O. Box 4476
Jackson, MS 39296-4476
(601) 362-6161

CC:    THANDI WADE
        120 N CONGRESS ST.
        STE 700
        JACKSON, MS 39201

**Chapter 13  02/05**                                                    Bank of the South                          **918198**
HAROLD J. BARKLEY, JR. TRUSTEE                                           4205 Lakeland Dr.
(601) 362-6161                                                           Flowood, MS 39232
P.O. BOX 4476                                                            85-263/653
JACKSON, MS 39296

DATE  2/8/2006

PAY TO THE
ORDER OF    US BANKRUPTCY COURT                                                                    $  **854.89

Eight Hundred Fifty-Four and 89/100************************************************************************  DOLLARS

VOID AFTER 90 DAYS

US BANKRUPTCY COURT
CS#088888 CLAIM:777 CLASS: 8
RE: STALE DATED HJB CHECK
CK #655104 DATED 8/26/05
AREBRCO HARMON CS 0307281
Memo  To pay funds to registry of the court on behalf of                                AUTHORIZED SIGNATURE

⑈918198⑈  ⑆065302633⑆  00⑈2318⑈4⑈

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS AND RED IMAGE DISAPPEARS WITH HEAT.



US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FEB 14 2006
CHARLENE J. KENNEDY, CLERK
DEPUTY